# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KEVIN A. TOLLIVER,**

      **Plaintiff,**

  v.                                    Case No.: 2:16-cv-1020
                                              JUDGE GEORGE C. SMITH
                                              Magistrate Judge Jolson

**WARDEN NOBLE, et al.,**

      **Defendants.**

## ORDER

This matter is before the Court for consideration of Plaintiff's Motion to Proceed Without Prepayment of Fees. (Doc. 19). The Court permitted Plaintiff, a *pro se* prisoner, to proceed *in forma pauperis* in the instant action. (*See* Doc. 11). By this Motion, Plaintiff seeks to proceed *in forma pauperis* on appeal. Federal Rule of Appellate Procedure 24(a)(3)(A) provides in relevant part that:

> A party who was permitted to proceed *in forma pauperis* in the district-court action . . . may proceed on appeal *in forma pauperis* without further authorization, unless:
>
> (A) the district court—before or after the notice of appeal is filed—certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed *in forma pauperis* and states in writing its reasons for the certification or finding[.]

Fed. R. App. P. 24(a)(3)(A).

The Court agrees that Plaintiff qualifies to proceed *in forma pauperis* on appeal from a financial standpoint. Nevertheless, the Court **DENIES** Plaintiff's Motion because Plaintiff's appeal is not taken in good faith. On January 13, 2017, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff's Motion for Temporary Restraining Order be

denied, and Plaintiff's Complaint be dismissed for failure to state a claim upon which relief may be granted. (*See* Doc. 11). On March 8, 2017, this Court found that Plaintiff's Objection to the Report and Recommendation was without merit. (Doc. 14). Accordingly, the Court adopted and affirmed the Order and Report and Recommendation (*id.*), and final judgment was entered (Doc. 15). Thereafter, Plaintiff filed a Motion for Leave to File an Amended Complaint. (Doc. 16). However, because final judgment had been entered, the Magistrate Judge properly denied the Motion. (Doc. 17).

Under these circumstances, pursuant to Appellate Rule 24(a)(3)(A), the Court **CERTIFIES** that Plaintiff's appeal is not taken in good faith.

**IT IS SO ORDERED.**

       */s/ George C. Smith*
       **GEORGE C. SMITH, JUDGE**
       **UNITED STATES DISTRICT COURT**