RECEIVED
MAY 1 5 2017
DEBORAH S. HUNT, Clerk

UNITED STATES DISTRICT COURT
FOR THE SIXTH CIRCUIT

Kevin A. Tolliver,

    Plaintiff,

vs.

Jeffrey Noble, et al.

    Defendants.

Case No. 17-3367

[Orig. Case No. 2:16-cv-1020]

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, Kevin A. Tolliver, pursuant to §1915, requests this court appoint counsel to represent him in this case for the following reasons: 1) Plaintiff is unable to afford counsel. 2) Issues in this case are complex. 3) Plaintiff has limited ability and this claim is based upon retaliation that includes denial of access to court. 4) Plaintiff wrote 4 attorneys (Sean Boyle, Harry Reignhart, Neil Rosenburg, and Otto Beatty III) without answer. 5) Plaintiff has limited knowledge of the law.

WHEREFORE, this Honorable Court should appoint counsel to represent the plaintiff.

May 5th, 2017

Respectfully requested,

Kevin A. Tolliver (428576)
P.O. Box 209,
Orient, OH  43146

Plaintiff, Pro se.

1

```
State of Ohio              )
                           ) SS: Kevin A. Tolliver
County of Pickaway         )
```

Affidavit in Support of Appointment of Counsel

KEVIN A. TOLLIVER states:

1. I am Plaintiff in the matter sub-judice and I make this declaration in support of appointment of counsel.

2. The complaint in this matter alleges plaintiff was victim of several forms of retaliation by various parties for his successful use of the inmate grievance process. Part of which included these defendants attempting to prevent him from bringing a lawsuit upon the issues raised in the amended complaint.

3. As it stands the issues are complex and plaintiff cannot find any guidance in the institutional law library clarifying what the relationship of the denied TRO has to the underlying causes of action. It may be that Tolliver can just file his amended complaint without the defaulted TRO; or it may be that the court's opinion is that no issue has been properly presented at all.

4. I began this action under extreme duress as an apparently improper request for extraordinary writ. Not requesting any damages and was not even sure the action was proceeding due to unserved order of permission to proceed in forma pauper (doc. ___ filed 1/13/17).

5. I have contacted multiple attorneys requesting assistance to no avail. My issues are important first amendment claims affecting hundreds of similarly situated inmates.

Wherefore, counsel should be appointed.

I swear under penalty of perjury under the laws of the United States laws that my statements are true and correct (28 U.S.C. §1746; 18 U.S.C. §1621).

Signed this May 5, 2017     /s/ Kevin A. Tolliver
                            Kevin A. Tolliver (428576)
                            P.O. Box 209 - B2
                            Orient, OH  43146
                            Personally, Pro se.

## CERTIFICATE AND PROOF OF SERVICE

I hereby aver that a true copy of this document was served upon counsel for defendant/appellee at their known address via regular U.S. Mail on this May 5th, 2017 by placement in the legal system at PCI with first class postage paid.

*[signature]*

Kevin A. Tolliver (428576)
P.O. Box 209 - B2
Orient, OH 43146

K. Tolliver 428576  
P.O. Box 209 - B2  
Orient, OH  43146

INMATE MAIL




Laura Jones  
Case Manager  
100 E. Fifth Street, Room 540  
Cincinnati, OH  45202-3988

4520263945 C023

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT　　© USPS 2016