# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

KEVIN A. TOLLIVER,

        Plaintiff-Appellant,

  v.

JEFFREY NOBLE, *et al.*,

        Defendants-Appellees.

Case No. 17-3367

On Appeal from the U.S. District Court for the Southern District of Ohio, Case No. 2:16-CV-1020

**PLAINTIFF-APPELLANT'S MOTION FOR ARGUMENT**

Pursuant to Federal Rules of Appellate Procedure 27 and 34, Sixth Circuit Rules 27(g) and 45(c), and Sixth Circuit Internal Operating Procedure No. 34(a), Appellant Kevin A. Tolliver respectfully requests that the Court grant oral argument in the above-captioned appeal. Given this Court's decision to appoint counsel to represent Tolliver, in light of "the relative complexity of some of the issues presented in this appeal," ECF Nos. 17, 23, Tolliver respectfully submits that oral argument will significantly aid the Court's consideration of the complex legal and factual questions at issue in this case.

    1.    This case concerns the district court's *sua sponte* dismissal of a civil-rights complaint regarding a *pro se* prisoner's treatment and alleged religious discrimination at the hands of several prison officials. Specifically, Tolliver alleges that that the Defendants retaliated against him for filing a successful

religious grievance, infringed his right to access the courts by seizing his legal materials and research, and violated his due process rights by transferring him and refusing to return his property.

2. During the course of these proceedings in both the District Court and the Court of Appeals, Tolliver has never received any in-court hearing. This includes the initial screening of his complaint and attempt to amend his complaint by the magistrate judge, the review of the magistrate judge's decisions by the district judge, Tolliver's requests for reconsideration, and Tolliver's appeal of the district court's rulings.

3. The Court of Appeals granted Tolliver's request to proceed IFP with appointed counsel, based in part on "the relative complexity of some of the issues presented in this appeal." ECF No. 17.

4. The Court of Appeals appointed the undersigned counsel, pursuant to the Criminal Justice Act, to represent Tolliver in this proceeding. Appointed counsel, acting on a *pro bono* basis and with the support of colleagues, has pursued Tolliver's appeal diligently and thoroughly.

5. In a notice dated August 1, 2018, the Court stated that it "has determined that oral argument is not required." ECF No. 40 (citing I.O.P. 34(a)(4)).

6. This appeal concerns several rulings from the district court proceedings, several *pro se* filings at issue in those rulings, and three distinct constitutional claims raised in those filings. The parties disagree over which filings should have been considered by the court below, how those filings should have been construed, and what relief could be warranted on appeal.

7. Accordingly, given the "relative complexity of some of the issues presented in this appeal," ECF No. 17, Tolliver submits that oral argument is justified under this Court's rules and customs. At argument, appointed counsel will be prepared to aid the Court's consideration of the questions presented by addressing aspects of the record not fully covered by the opposition brief; discussing the application of authoritative Supreme Court, Sixth Circuit, and out-of-circuit precedent to the proceedings below; and answering the Court's questions on these important issues.

8. Defendants' opposition brief stated that oral argument is not necessary in this case. ECF No. 35, at p. viii. Counsel for Tolliver has conferred regarding this motion with defense counsel, whose position opposing argument remains unchanged.

Therefore, Tolliver respectfully requests that this Court grant oral argument in this appeal, notwithstanding the August 1 notice.

Dated:  August 8, 2018    Respectfully submitted,

 /s/ Benjamin Beaton
Benjamin Beaton
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone:  (202) 457-6420
Facsimile:   (202) 457-6315

*Counsel for Plaintiff-Appellant Kevin A. Tolliver*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2018, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ Benjamin Beaton
*Counsel for Kevin A. Tolliver*
